1  LAW OFFICES OF BILL LATOUR
2  BILL LATOUR [CSBN: 169758]
3     1420 E. Cooley Dr., Suite 100
   Colton, California 92324
4     Telephone: (909) 796-4560
5     Facsimile:  (909) 796-3402
   E-Mail: fed.latour@yahoo.com
6
7  Attorney for Plaintiff

8                  UNITED STATES DISTRICT COURT
9        CENTRAL DISTRICT OF CALIFORNIA – EASTERN DIVISION

10 MARYLOUISE EBENAL,                )   No. EDCV 13-1998 JEM
11                                    )
12     Plaintiff,                     )   [PROPOSED] ORDER AWARDING
                                      )   EAJA FEES
13     v.                             )
14                                    )
   CAROLYN W. COLVIN                  )
15 Acting Commissioner Of Social Security, )
16                                    )
       Defendant.                     )
17 _____

18
    Based upon the parties' Stipulation for Award of EAJA Fees ("Stipulation"),
19
    IT IS ORDERED that EAJA fees are awarded in the amount of THREE
20
THOUSAND DOLLARS AND 00/100 ($3,000.00) subject to the terms of the
21
stipulation.
22
    DATE: August 25, 2014  _John E. McDermott_____
23
                         HON. JOHN E. McDERMOTT
24                          UNITED STATES MAGISTRATE JUDGE
25
26
27
28